IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY S. KOCH,

      Plaintiff,                1: 07 CV 1698 LJO WMW PC

  vs.                           ORDER

JAMES E. TILTON, et al.,

      Defendants.

      On November 6, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint in compliance with an earlier order dismissing the original complaint with leave to amend. On November 17, 2008, Plaintiff filed a first amended complaint, along with objections to the findings and recommendations.

      Accordingly, IT IS HEREBY ORDERED that the November 6, 2008, findings and recommendations are vacated. This action proceeds on the November 17, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   December 10, 2008**                 /s/  **William M. Wunderlich**
                                                     UNITED STATES MAGISTRATE JUDGE