# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. KOCH, | CASE NO. 1:07-cv-01698-LJO-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO COMPEL ANSWER FOR INJUNCTIVE RELIEF |
| v. | |
| JAMES E. TILTON, et al., | (Doc. 30) |
| Defendants. / | |

Plaintiff Rodney S. Koch ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 26, 2007. This action proceeds on Plaintiff's Second Amended Complaint. (Doc. 18). On August 4, 2010, Plaintiff filed a motion wherein he requests the Court to order Defendants to file an answer to his request for equitable relief as specified in the Courts order filed on October 6, 2009. The Court's order on October 6, 2009, states that "Defendants will be directed to file a response to Plaintiff's request for equitable relief after they have been served." (Doc. 18). Currently, the Court does not see a need to order Defendants to submit an answer to Plaintiff's request for injunctive relief made in his second amended complaint. Rather, if Plaintiff wishes to pursue obtaining injunctive relief, Plaintiff should submit a motion for injunctive relief .

///
///
///

1

      Accordingly, Plaintiff's motion to compel Defendants to submit an answer regarding preliminary injunctive relief, filed on August 4, 2010, is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   February 24, 2011

UNITED STATES MAGISTRATE JUDGE